**Deborah D. HARDEN, Plaintiff—Appellant,**

v.

**OCONEE COUNTY; Oconee County Assessors Office; Oconee County Human Resources Office; Oconee County Supervisor, Defendants—Appellees.**

No. 04–2514.

United States Court of Appeals,
Fourth Circuit.

Submitted March 30, 2005.

Decided April 14, 2005.

Deborah D. Harden, Appellant pro se. James William Logan, Jr., Logan, Jolly & Smith, LLP, Anderson, South Carolina, for Appellees.

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Deborah D. Harden seeks to appeal the district court's order denying Defendants' motion to dismiss one claim, granting Harden leave to amend another claim, and recommitting the matter to the magistrate judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Harden seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*